# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES ENCARDES

NO. 2021 KW 0399

**JULY 19, 2021**

In Re:     James Encardes, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 609,018.

BEFORE:     **WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT DENIED AS MOOT.** The record of the St. Tammany Parish Clerk of Court shows that on July 1, 2021, the district court granted the motion to withdraw the guilty plea, nolle prossed Count 3 only, and vacated the conviction and sentence for possession of schedule II (less than two grams). The district court maintained the concurrent sentences on Counts 1 and 2 that were imposed under the habitual offender law on September 9, 2019.

**VGW**
**JEW**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT